IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A.C. QUINONES, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-02349 AWI JLT (PC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATION<br><br>(Doc. 12) |

On October 4, 2011, the Court issued its Findings and Recommendation that the matter be dismissed based upon Plaintiff's failure to file a First Amended Complaint. (Doc. 12) On the same day, Plaintiff's complaint was filed. (Doc. 11) Though Plaintiff <u>did not</u> timely file his First Amended Complaint, the Court **WITHDRAWS** its October 4, 2011 Findings and Recommendation.

In future, Plaintiff SHALL comply with the Court's deadlines or seek an extension of time.

IT IS SO ORDERED.

Dated:   **October 5, 2011**　　　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1