# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV, | **Case No. 1:10-cv-02349-AWI-JLT (PC)** |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME and MODIFYING THE DISCOVERY AND SCHEDULING ORDER NUNC PRO TUNC** |
| v. | |
| A.C. QUINONES, et al., | **(Doc. 42)** |
| Defendants. | Defendants' Discovery Responses Due -- 02/14/2014<br>Discovery Cut−Off Date -- 04/11/2014<br>Dispositive Motion Deadline -- 05/16/2014 |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 26, 2013, Defendants filed a motion seeking an extension of time to respond to Plaintiff's discovery requests and modification of the scheduling order. (Doc. 42.) In this motion, based on voluminous[1] discovery propounded by Plaintiff, Defendants request that the discovery cut-off date be extended from December 17, 2013 to February 14, 2014, that they be granted an extension of time up February 14, 2014 to serve their responses to Plaintiff's outstanding discovery, and that the dispositive motion deadline be moved from January 16, 2014 to March 17, 2014. (*Id.*) The time line requested by Defendants would not leave Plaintiff any opportunity to file a motion to compel further responses should he find deficiencies in any of Defendants'

---

[1] Plaintiff has served Defendants with over 850 discrete discovery requests.

1

discovery responses.  While Plaintiff has not yet responded to this motion, he will not be prejudiced by it being granted with a proportional additional allowance of time for filing of motion(s) to compel and the like, if necessary.

The burden on Defendants of responding to voluminous discovery propounded by Plaintiff, coupled with an adequate time-line to protect Plaintiff's discovery interests, qualifies as good cause to grant the extensions of time that Defendants seek.

Accordingly, good cause having been found, IT IS HEREBY ORDERED that:

1. Defendants' responses to discovery propounded by Plaintiff are due on February 14, 2014, nunc pro tunc;
2. the discovery cut-off date is rescheduled from December 17, 2013 up to and including April 11, 2014, nunc pro tunc; and
3. the dispositive motion deadline is rescheduled from January 16, 2014 up to and including May 16, 2014.

IT IS SO ORDERED.

Dated:   **December 19, 2013**              /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

2