# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>    Plaintiff,<br><br>    v.<br><br>QUINONES, et al ,<br><br>    Defendants. | 1:10-cv-02349-AWI-JLT (PC)<br><br>ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION FOR ADDITIONAL INTERROGATORIES<br><br>(Doc. 64) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the First Amended Complaint for Plaintiff's Eighth Amendment claims against Defendants Does #1-3, Pruitt, Magana, and Davis for deprivation of basic necessities; against Defendants Cogdill, Scaiffe, Quinones, and Davis for excessive force; and against Defendants Bardonnex and Williams for depriving Plaintiff of yard time. (Docs. 11, 17, 19, 24.)

On June 13, 2014, Plaintiff filed a motion seeking leave to serve five additional interrogatories on Defendants Scaife, Cogdill, Davis, and Quinones in this action. (Doc. 64.) Defendants filed their opposition. (Doc. 71.) Despite more than sufficient lapse of time, Plaintiff has not filed a reply. The motion is deemed submitted. L.R. 230(l).

Plaintiff seeks leave to serve the following interrogatories on Defendants Scaife, Cogdill, Davis, and Quinones:

1

>   1. I need you to explain how liquid (ounces) of O.C. pepper spray is contained in each M-9 canister.
>
>   2. I need you to explain how liquid (ounces) of O.C. pepper spray is contained in each M-46 canister.
>
>   3. I need you to explain how liquid (ounces) of O.C. pepper spray is contained in each Z-505 fogger.
>
>   4. I need you to explain how liquid (ounces) of O.C. pepper spray is contained in the canister attached to the X-10 barricade device.
>
>   5. I need you to explain how much gas/smoke is contained in each T-16 blast dispersion grenades.

Defendants oppose Plaintiff's request arguing that these interrogatories are duplicative of interrogatories in Plaintiff's first set of interrogatories which they attach copies of. Interrogatory number 13 of Plaintiff's first set of interrogatories requests the exact information as sought in numbers 1-4 above and seeks the liquid ounces of O.C. pepper spray (rather than "how much gas/smoke") contained in T-16 blast dispersion grenades. Thus, the first four interrogatories that Plaintiff seeks to be allowed to serve on Defendants Scaife, Cogdill, Davis, and Quinones are duplicative of interrogatories Plaintiff has previously propounded on these four Defendants and are not allowed. Number 5 is not duplicative and is allowed.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to be allowed to serve additional interrogatories, filed on June 13, 2014 (Doc. 64), is DENIED in part and GRANTED in part and Plaintiff may only propound the following additional interrogatory on Defendants Scaife, Cogdill, Davis, and Quinones:

>   "I need you to explain how much gas/smoke is contained in each T-16 blast dispersion grenades."

IT IS SO ORDERED.

Dated:   **July 26, 2014**                            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE