# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUINONES, et al<br><br>　　　　Defendants. | Case No. 1:10-cv-02349-AWI-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTION AND STRIKING IT FROM THE DOCKET**<br><br>**(Doc. 81)** |

　　Plaintiff, George E. Jacobs, IV, is a state prisoner proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983 which he filed on December 13, 2010. On July 30, 2014, Plaintiff filed a document with no title and no caption, but the number for this action on it with the first sentence stating, "This motion was sent to your office in a timely manner. For some unknown reason your office opened the envelope resealed it by placing tape over the flap and returned it back to me without explanation. I am resubmitting this motion for processing" ("miscellaneous motion"). (Doc. 81.) Defendants have neither filed an opposition, nor responded to this document in any way. The motion is deemed submitted. L.R. 230(l).

　　In this motion, Plaintiff states both that he has been having problems with the guards at Corcoran tampering with his mail and that he believes his motion was returned to him by this Court "without cause" and "has affected [his] writ of mandamus appeal, by not filing it in a timely manner and refusing to process it." (*Id.*) Plaintiff's miscellaneous motion comprises the first page of this filing (*id.*, at p. 1); with a copy of a proof of service showing he served a

1

1  "Reconsideration Motion & Correspondent Notice to Court CCDRR [sic]" on July 14, 2014 (*id.*,
2  at p. 2); and ends with a Clerk's Notice that a document Plaintiff attempted to file was returned
3  for lack of a case number, with Plaintiff's handwriting in the upper right quadrant of the first page
4  indicating the number to this case and stating "Returning back to be attached to reconsideration
5  motion 7-23-14" (*id.*, at pp. 3-4).

6        The Court is wholly at a loss as to what Plaintiff is hoping to achieve and/or what relief he
7  seeks in this present motion.  From the Clerk's Notice, it appears that Plaintiff submitted
8  documents without a case number on them, causing them to be returned to him.  Plaintiff's
9  notation on that same document indicates that he wrote the number of this case on it and returned
10 the Clerk's Notice for filing.

11       If Plaintiff filed this motion hoping to preserve or edify his rendition of events regarding
12 difficulty he is having with his mail, he did so in error.  The First Informational Order in this case
13 notes that the Court cannot serve as a repository for the parties' evidence, that he may not file
14 evidence with the Court until the course of litigation brings the evidence into question, and that
15 evidence improperly submitted to the court will be returned or stricken.  (Doc. 3, p. 4.)  If
16 Plaintiff feels that the events he has detailed in his miscellaneous motion have amounted to a
17 violation of his constitutional rights, his recourse is to file another action.

18       Accordingly, Plaintiff's miscellaneous motion, filed July 30, 2014 (Doc. 81), is DENIED
19 and the document is HEREBY STRICKEN.

21 IT IS SO ORDERED.

22   Dated:   **August 25, 2014**                    **/s/ Jennifer L. Thurston**
23                                                                   UNITED STATES MAGISTRATE JUDGE