1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE E. JACOBS,

        Plaintiff,

   v.

QUINONES, et al ,

        Defendants.

1:10-cv-02349-AWI-JLT (PC)

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AS PREMATURE

(Doc. 89)

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the First Amended Complaint for Plaintiff's Eighth Amendment claims against Defendants Does #1-3, Pruitt, Magana, and Davis for deprivation of basic necessities; against Defendants Cogdill, Scaiffe, Quinones, and Davis for excessive force; and against Defendants Bardonnex and Williams for depriving Plaintiff of yard time. (Docs. 11, 17, 19, 24.)

On August 27, 2014, Plaintiff filed a motion seeking to compel Defendants to respond to discovery he propounded. (Doc. 89.) Defendants filed their opposition. (Doc. 92.) Despite more than sufficient lapse of time, Plaintiff neither replied, nor requested an extension of time to do so. The motion is deemed submitted. L.R. 230(l).

In his motion, Plaintiff delineates the history of his service of various discovery requests

1

on Defendants, on which they moved for and received a protective order along with various

extensions of time to prepare and serve their responses on Plaintiff.  (Doc. 89, 2:24-4:8.)

However, as accurately noted in Defendants' opposition (Doc. 92), Plaintiff did not include the

most recent extension of time that they received which granted them up to and including

September 2, 2014 to serve their responses on Plaintiff.  (*See* Doc. 85.)

Accordingly, it is HEREBY ORDERED that Plaintiff's Motion to Compel, filed on

August 27, 2014 (Doc. 89), be DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **October 23, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

2