# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A.C. QUINONES, et al.,<br><br>　　　　　　Defendants. | Case No.  1:10-cv-02349-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION FOR LACK OF JURISDICTION**<br><br>**(Docs. 84, 86)** |

　　　　Plaintiff, George E. Jacobs, IV, is a state prisoner who is currently proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On August 14, 2014, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and contained notice that objections were to be filed within fifteen days. (Doc. 86.) Plaintiff requested and received an extension of time to file objections. (Docs. 93. 95.) Despite lapse of more than the granted time, Plaintiff has failed to file any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed August 14, 2014, is adopted in full and Plaintiff's motion for injunctive relief is denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated:　October 31, 2014

　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1