# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>              Plaintiff,<br><br>       v.<br><br>A.C. QUINONES, et al.,<br><br>              Defendants. | 1:10-cv-02349 AWI-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SANCTIONS (DOC. 109) AND RESUBMIT NEW MOTION FOR SANCTIONS (115)<br><br>(Docs. 109, 114) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2014, Plaintiff filed a motion to withdraw his previously filed motion for sanctions (Doc. 109) and to be allowed to resubmit a new motion for sanctions (Doc. 115) which he attached to the present motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for sanctions, filed on December 8, 2014 (Doc. 109), is deemed withdrawn and his motion for sanctions, filed on December 15, 2014 (Doc. 115) will be considered. The filing date for Defendants' opposition is to be calculated from December 15, 2014.

IT IS SO ORDERED.

Dated:   **December 22, 2014**            **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1