# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>    Plaintiff,<br><br>    v.<br><br>A.C. QUINONES, et al.,<br><br>    Defendants. | 1:10-cv-02349-AWI-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE THE U.S. MARSHAL SERVICE WITH THE LOCATION OF DEFENDANT T.L.WILLIAMS<br><br>(Doc. 105) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's First Amended Complaint.  (*See* Docs. 11, 17, 24.) Upon screening, the 1st AC was found to state cognizable claims against Defendants R. Davis, Pruitt, A.C. Quinones, T.L. Williams,[1] Cogdill, Scaiffe, Bardonnex, and Magana and service upon them was ordered.  (Docs. 17, 19.)  Service was ordered on the Defendants.  (*See* Docs. 19, 54.)  An executed waiver of service was filed by Defendant T.L. Williams on April 3, 2014. (Doc. 56.)  Defendant T.L. Williams filed an answer in this action on May 13, 2014.  (Doc. 60.)

On November 24, 2014, Plaintiff filed a motion to compel Defendants to provide the U.S. Marshal Service with the location of Defendant T.L. Williams for service of process.  (Doc. 105.) Defendants filed an opposition stating that this was unnecessary as Defendant T.L. Williams has

---

[1] Plaintiff initially identified this Defendant as "T.J. Williams," but later submitted that his correct identification is "T.L. Williams."  (*See* Docs. 11, 17, 19,

1

already been served and appeared in this action.  (Doc. 112.)

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to compel Defendants to provide the U.S. Marshal Service with the location of Defendant T.L. Williams, filed November 24, 2014 (Doc. 105), is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 31, 2014**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

2