# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>  Plaintiff,<br><br>  v.<br><br>A.C. QUINONES, et al.,<br><br>  Defendants. | 1:10-cv-02349-AWI-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 131) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2015, Plaintiff filed a motion for an extension of 30 days to file a reply to Defendants' opposition to his motions to compel and for sanctions, and for an extension of time to file an opposition to Defendants' summary judgment motion. (Doc. 128.) Plaintiff was granted a thirty-day extension of time. (Doc. 129.) On March 4, 2015, Plaintiff filed a motion seeking a further extension of time to file an opposition to Defendants' motion for summary judgment since his reply is not yet due and the discovery dispute has yet to be resolved. (Doc. 131.)

///
///
///
///

1

Good cause appearing, the Court **ORDERS**: that Plaintiff is granted 30 days from the date of service of the order on Plaintiff's motions to compel and for sanctions to file an opposition or statement of non-opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

> Dated:   **March 10, 2015**             /s/ Jennifer L. Thurston
>                                          UNITED STATES MAGISTRATE JUDGE